FRIEDA B. HENNOCK, Respondent, v. EDWIN H. LAND, Appellant, Impleaded with Others, Defendants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; O'Malley and Dore, JJ., dissent and vote to modify the orders appealed from by limiting the examination of defendant Land to items 1, 2, 3, 4, 5, 8 and 9; by directing that the said defendant be. examined either by interrogatories or open commission, as the plaintiff elects, at Boston, Massachusetts, at a time and place to be specified in the order; if plaintiff elects an open commission, defendant to pay the expenses and counsel fees of his own attorney; and as so modified to affirm. (See *Probst* v. *Frenkel*, 240 App. Div. 504.) — The date for the examination to proceed to be fixed in the order. Settle order on notice.

FRIEDA B. HENNOCK, Respondent, v. JULIUS SILVER, Appellant, Impleaded with Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; O'Malley and Dore, JJ., dissent and vote to modify the order appealed from by limiting examination of defendant Silver to items 1, 2, 3, 4, 5, 8 and 9; and as so modified to affirm.— The date for the examination to proceed to be fixed in the order. Settle order on notice.

FRIEDA B. HENNOCK, Respondent, v. JULIUS SILVER, Appellant, Impleaded with Others, Defendants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., dissents and votes to reverse and grant the motion with leave to the plaintiff to serve an amended complaint. (See *Arnold* v. *Arnold*, 90 N. Y. 580; *Sweet* v. *Morrison*, 103 id. 235, 241.)

HOWARD W. AMBRUSTER, Appellant, v. PARKE, DAVIS & COMPANY and Others, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GABRIEL NEWGOLD, Appellant, Respondent, Substituted as Administrator de Bonis Non of the Goods and Chattels of RACHEL NEWGOLD, Deceased. GABRIEL NEWGOLD, Substituted Administrator de Bonis Non, etc., Appellant, Respondent; GABRIEL NEWBOLD, Objectant, Respondent, Appellant.— Decree unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Estate of RACHEL NEWGOLD, Deceased. HARRY NEWGOLD, Respondent, Appellant; GABRIEL NEWGOLD, Substituted as Administrator de Bonis Non of Estate of RACHEL NEWGOLD, Deceased, Petitioner, Respondent, and GABRIEL NEWGOLD, Intervenor, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.